RAYMOND *v.* PARISH OF TERREBONNE.[1]

*(Circuit Court, E. D. Louisiana. June 12, 1886.)*

COURTS—FEDERAL COURTS—STATE STATUTES.

The construction of a state statute by the supreme court of that state, when the question is one of local statute, and not of general commercial law, is binding upon the federal court. *Rabasse* v. *Parish of Terrebonne,* 30 La. Ann. 287, followed.

At Law.

*Alfred Goldthwaite,* for plaintiff.

*E. D. White, E. D. Saunders, E. H. Farrar,* and *E. B. Kruttschnitt,* for defendant.

BILLINGS, J. This case was submitted upon an agreement that the facts were to be considered as the same as those stated in the opinion of Mr. Justice MANNING in *Rabasse* v. *Parish of Terrebonne,* 30 La. Ann. 287. We are of opinion that the construction there given of the statute, authorizing the issue of the bonds in suit,—the additional fact having been found by us that the plaintiff took title after that decision was made public,—is binding upon this court; the question in that respect being one of local statute, and not of general commercial law. We are also of opinion that the construction is correct, provided the questions were new.

Judgment for defendant.

PARDEE, J., concurs.